UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOSE F. RODRIGUEZ SALCEDO,

                       Plaintiff,

         -v-

BOZZUTOS, INC.,

                       Defendant.

------------------------------------------------------------------X

23 Civ. 710 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 30, 2023, defendant removed this matter from New York state court. *See* Dkt. 1. Counsel for the removing defendant are directed to serve a copy of this Order on each other party within 14 days following the date of this order; a copy of this Order must also be served with any subsequent process that brings in additional parties, and proof of such service must be filed promptly with the Court. If the removing defendant's counsel is unaware of the identity of counsel for any of the other parties, he or she must forthwith send a copy of this Order to that party personally.

Counsel for the removing defendant(s) are further directed to serve on all other parties and submit to the Court **within 14 days following the date of this order** a letter providing the following information:

1. Whether all defendants who had been served at the time of removal joined in the notice of removal.

2. Whether the notice of removal was dated more than 30 days after the first defendant was served.

3. If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the

citizenship of all members or partners in any non-corporate entity), if such states of citizenship were not set forth in the notice of removal.

If any plaintiff has a response to defendant's submission, that response must be submitted to the Court within 14 days of service of defendant's submission. Any motion to remand the action to state court based on procedural defects in the removal must be filed within 30 days of removal. *See* 28 U.S.C. § 1447(c).

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: February 13, 2023
New York, New York