UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE F. RODRIGUEZ SALCEDO,

                      Plaintiff,

          -v-

ERNESTO HERNANDEZ ET AL.,

                      Defendants.

23 Civ. 710 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On February 24, 2023, the Court scheduled a telephonic initial pretrial conference in this matter for April 6, 2023, and ordered the parties to submit a joint letter and proposed case management plan by March 31, 2023. Dkt. 9. The Court has not received any communications or filings in advance of the conference. The Court orders the parties to file the requested materials (or otherwise advise the Court of the status of this case) no later than 5 p.m. today, April 3, 2023.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: April 3, 2023
        New York, New York